UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAYLA WATERS
1536 Pine Street 3R
Philadelphia, PA 19102,

    Plaintiff,

v.

MDRB CORPORATION
14612 Stratfield Cir.
Laurel, MD 20707,

    Defendant.

Case No.: _____

## NOTICE OF REMOVAL

TO:    Clerk
        The United States District Court for the District of Maryland, Northern Division

Pursuant to 28 U.S.C. § 1441, defendant MDRB Corporation ("MDRB"), by and through its attorneys, respectfully files this Notice of Removal of this action, presently pending in the Superior Court for the District of Columbia. In support hereof, MDRB states as follows:

    1.    Pursuant to 28 U.S.C. § 1446(a), MDRB attaches hereto, as "Exhibit 1," a copy of all pleadings filed to date in the Superior Court for the District of Columbia in this action, although MDRB disputes that service of process in that case has ever been made effectively.

    2.    Layla Waters ("Plaintiff") filed this civil action, No. 2005CA006673, in the Superior Court for the District of Columbia.

3. Plaintiff is—according to the averments of her complaint and, thus, on the information and belief of MDRB—an adult who is a resident of the Commonwealth of Pennsylvania.

4. Defendant MDRB Corporation is a corporation incorporated and existing under the laws of the State of Maryland and having its principal place of business in that state. (December 6, 2005 Certification of Deepak Bhatnagar ("Bhatnagar Cert."), attached hereto as "Exhibit 2," at 1-2, ¶¶ 2-4 .)

5. The amount in controversy in this case exceeds the sum of $75,000, exclusive of interests and costs, in that plaintiff's complaint herein seeks damages "in the amount of $100,000 plus interest, costs, and such other and further relief" as the presiding court deems just and proper. (Complaint, attached hereto as part of Exhibit 1, at the third page thereof.)

6. Pursuant to 28 U.S.C. § 1446(b), this Notice is filed with this Court within thirty days following receipt by MDRB of the initial pleading in this case setting forth the claim for relief upon which such action is based, in that MDRB first became aware of that initial pleading as a result of its November 28, 2005 receipt thereof from PSM LLC. (Bhatnagar Cert. at 2, ¶¶ 6-7.)

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be given promptly to all adverse parties.

8. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed promptly with the Clerk of the Superior Court for the District of Columbia.

9. For the foregoing reasons, this Honorable Court has diversity jurisdiction over this removed action, and MDRB desires and is entitled to have this case removed from the

Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

    10.    MDRB therefore respectfully requests that this action be removed to this Court, that this Court accept jurisdiction of this action, and that the Court place this action on its docket for further proceedings, as if said action had been instituted originally in this Court.

                                  Respectfully submitted,

                                  Thomas S. Schaufelberger, Bar No. 71934
                                Paul A. Fitzsimmons, Bar No. 444829
                                WRIGHT, ROBINSON, OSTHIMER & TATUM
                                5335 Wisconsin Avenue
                                Suite 920
                                Washington, D.C. 20015-2030

                                Attorneys for MDRB Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 7th day of December, 2005, a copy of the foregoing "NOTICE OF FILING NOTICE OF REMOVAL" was served via first class mail, postage prepaid, upon:

>Richard E. Jordan, Esq.
>Hamilton and Hamilton LLP
>1900 M Street, N.W.
>Suite 410
>Washington, DC  20036
>
>(202) 463-8282

_____
Paul A. Fitzsimmons