# EXHIBIT 1

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

LAYLA WATERS               )
1536 Pine Street 3R        )
Philadelphia, PA 19102    )
                           )
        Plaintiff     )       **05-0006673**
    v.               )  Civil Action No. _____
                           )
MDRB CORPORATION    )
1600 New York Avenue, NE  )
Washington, DC 20002    )

SERVE:
    Albert Ceccone, Registered Agent  )
    4505 Harrison St., N.W.
    Washington, DC 20015  )

        Defendant

> FILED
> CIVIL ACTIONS BRANCH
>
> AUG 2 2 2005
>
> Superior Court
> of the District of Columbia
> Washington, D.C.

**COMPLAINT**

1. This Court has jurisdiction over this matter pursuant to D.C. Code section 11-921.

2. Plaintiff Layla Waters is an adult citizen and a resident of the Commonwealth of Pennsylvania.

3. Defendant MDRB Corporation, upon information and belief, is a Maryland Corporation which at all times pertinent hereto was authorized to do business in the District of Columbia.

4. At all times pertinent hereto, Defendant owned, operated, managed and/or licensed a Ramada Inn hotel at 1600 New York Avenue, N.E., Washington, DC (hereinafter "Ramada").

5. On or about August 25, 2002, plaintiff was a guest at the Ramada and arrived at the hotel by automobile.

**COMPLETED**



6.  Upon arrival, plaintiff was a passenger in a vehicle which required access to the Ramada's parking garage. Such access was prevented by a large, iron gate that was partially closed.

7.  Plaintiff then exited the automobile and opened the gate, placing it into its holding cradle so it would remain open.

8.  As plaintiff was returning to her vehicle, the gate, without any application of force by plaintiff or any other persons, came out of its cradle and violently struck plaintiff about her head and body.

9.  The gate at issue was under the control of and maintained by defendant.

10. Defendant then had a duty to exercise special and ordinary care for the safety and well being of plaintiff, other hotel guests and members of the public.

11. The aforementioned occurrence happened as a proximate result of defendant's negligence. Defendant was negligent, *inter alia*, in allowing a defective and dangerous gate to continue in service on its premises, in failing to maintain and repair the gate; in failing to provide a method of securing the gate so it would not move on its own and injure others, in failing to warn plaintiff and others of the dangerous condition of the gate; and in failing to exercise proper care under the circumstances.

12. As a proximate result of the occurrence caused by defendant's negligence, and through no fault on the part of plaintiff, plaintiff was injured on and about her face, head, back, neck, limbs and body, has incurred and will in the future incur mental anguish, pain and suffering, has incurred chronic physical and emotional injury, has incurred and will incur medical and other expenses, has lost wages, and has been and will be otherwise injured and damaged.

WHEREFORE, plaintiff Layla Waters demands judgment against defendant MDRB Corporation in the amount of $100,000, plus interest, costs, and such other and further relief as the Court deems just and proper.

Respectfully submitted,

Richard E. Jordan, Bar No. 353763
Hamilton and Hamilton, LLP
1900 M Street, NW; Suite 410
Washington, D.C. 20006-4605
(202) 463-8282
Counsel for Plaintiff

## JURY DEMAND

Plaintiff demands a trial by jury as to all issues so triable herein.

Richard E. Jordan

# Superior Court of the District of Columbia
## CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

**05-0006673**

| LAYLA WATERS | Case Number: [                    ] |
| vs. | |
| MDRB CORPORATION | Date: August 22, 2005 |

Name:
Richard E. Jordan

Firm Name:
Hamilton and Hamilton, LLP

Telephone No.: 202-463-8282     Unified Bar No.: 353763

Relationship to Lawsuit
◉ Attorney for Plaintiff
○ Self (Pro Se)
Other: [                    ]

TYPE OF CASE:  ○ Non-Jury    ◉ 6 Person Jury    ○ 12 Person Jury

Demand: $ 100,000     Other: [                    ]

## PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. [            ] Judge [                    ] Calendar # [        ]

Case No. [            ] Judge [                    ] Calendar # [        ]

## NATURE OF SUIT:  (Check One Box Only)

### A. CONTRACTS
- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other:
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**COLLECTION CASES**
- ☐ 14 Under $25,000 Pltf. Grants Conse
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

### B. PROPERTY TORTS
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3441
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Other:

### C. PERSONAL TORTS
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical
- ☐ 16 Negligence
- ☑ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☐ 19 Wrongful Eviction
- ☐ 20 Other:
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

**D.   OTHERS**

I.
- ☐ 01  Accounting
- ☐ 02  Att. Before Judgment
- ☐ 04  Condemnation (Emin. Domain)
- ☐ 05  Ejectment
- ☐ **07   Insurance/Subrogation**
  **Under $25,000  Pltf.**
  **Grants Consent**
- ☐ 08  Quiet Title
- ☐ 09  Special Writ (Specify)

- ☐ 10  T.R.O./Injunction
- ☐ 11  Writ of Replevin
- ☐ 12  Enforce Mechanics Lien
- ☐ 16  Declaratory Judgment
- ☐ 17  Merit Personnel Act (D.C. Code Title 1, Chapter 6)
- ☐ 18  Product Liability
- ☐ 24  Application to Confirm, Modify, Vacate Arbitration Award (D.C. Code 164315)

- ☐ 25  Other:
- ☐ **26  Insurance/Subrogation Under $25,000   Consent Der**
- ☐ **27  Insurance/Subrogation Over $25,000**

II.
- ☐ 03  Change of Name
- ☐ 06  Foreign Judgment
- ☐ 13  Correction of Birth Certificate
- ☐ 14  Correction of Marriage Certificate

- ☐ 15  Libel of Information
- ☐ 19  Enter Administrative Order as Judgment [6-2713(h) or 36-3 19(a)]
- ☐ 20  Master Meter (D.C. Code 43-541, et seq.)

- ☐ 21  Petition for Subpoena [Rule 28-l(b)]
- ☐ 22  Release Mechanics Lien
- ☐ 23  Rule 27 (a)(l) (Perpetuate Testimony)



## CA Form 1

### Superior Court of the District of Columbia
#### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

LAYLA WATERS

*Plaintiff*

VS.

MDRB CORP. c/o Deepak Bhatnagar

*Defendant*

05-0006673

Civil Action No.

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Richard E. Jordan

Name of Plaintiff's Attorney

1900 M St., NW; Suite 410

Address

Washington, DC 20036

202-463-8282

Telephone

By 

Deputy Clerk

Date August 22, 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 91

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

LAYLA WATERS
 Vs.           C.A. No.   2005 CA 006673 B
MDRB CORPORATION

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

August 22, 2005                Chief Judge Rufus G. King, III

Case Assigned to: Judge RUSSELL F CANAN

Initial Conference: 9:30 am, Friday, December 09, 2005
Location:  Courtroom 518
      500 Indiana Avenue N.W.
      WASHINGTON, DC 20001

Caio.doc

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

LAYLA WATERS                                          )
1536 Pine Street 3R                                   )
Philadelphia, PA 19102                               )
                                                      )
         Plaintiff    )
                                                      )
    v.                              )    Civil Action No. 2005 CA 006673
                                                      )
MDRB CORPORATION                                     )
1600 New York Avenue, NE                             )
Washington, DC 20002                                 )
                                                      )
SERVE:                                                )
    Deepak Bhatnagar                )
    MDRB Corporation                )
    1600 New York Avenue, N.E.      )
    Washington, DC 20002            )
                                                      )
        Defendant )

### NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

TO:

    Deepak Bhatnagar
    MDRB Corporation
    1600 New York Avenue, N.E.
    Washington, DC 20002

The enclosed Summons and Complaint are served pursuant to Rule 4(c)(2)(C)(i) of the Superior Court Rules of Civil Procedure. Also enclosed is the Court's Initial Order (Initial Conference date of December 9, 2005). Upon receipt of these documents, you must promptly complete the acknowledgment part of this form and return one copy of the completed form to the attorney for plaintiff within twenty (20) days (pre-addressed, postage paid envelope enclosed). You must sign and date the Acknowledgment below.

If you are served on behalf of a corporation, unincorporated association (including a partnership) or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the attorney for plaintiff within twenty (20) days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a Summons and Complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the Complaint within twenty (20) days of receipt of the Complaint. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

## CERTIFICATE OF SERVICE

I declare, under the penalties of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint (along with a copy of the Court's Initial Order) was sent on the 23rd day of August, 2005 by first class mail and certified mail (return receipt requested), postage prepaid, to:

Deepak Bhatnagar
MDRB Corporation
1600 New York Avenue, N.E.
Washington, DC 20002

Richard E. Jordan, DC Bar No. 353763
Hamilton and Hamilton, LLP
1900 M Street, NW; Suite 410
Washington, D.C. 20036-3532
(202) 463-8282
Fax (202) 463-7282

Attorney for Plaintiff

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I received on the date noted below a copy of the Summons and Complaint (along with a copy of the Court's Initial Order) in the above-captioned matter at

_____, _____.
[insert address].


_____
Date


_____
Signature


_____
Name (printed)


_____
Relationship to entity/authority
to receive service of process