UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAYLA WATERS
1536 Pine Street 3R
Philadelphia, PA  19102,

    Plaintiff,

v.

MDRB CORPORATION
14612 Stratfield Cir.
Laurel, MD  20707,

    Defendant.

Case No.: _____

## LOCAL RULE 7.1 CERTIFICATION

I, the undersigned, counsel of record for MDRB Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of MDRB Corporation which have any outstanding securities in the hands of the public:  none.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Thomas S. Schauffelberger, Bar No. 71934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue
Suite 920
Washington, D.C.  20015-2030

Attorneys for MDRB Corporation

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY, that on this 7th day of December, 2005, a copy of the foregoing "LOCAL RULE 7.1 CERTIFICATION" was served via first class mail, postage prepaid, upon:

    Richard E. Jordan, Esq.
    Hamilton and Hamilton LLP
    1900 M Street, N.W.
    Suite 410
    Washington, DC  20036

    (202) 463-8282

_____
Paul A. Fitzsimmons