## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAYLA WATERS
1536 Pine Street 3R
Philadelphia, PA 19102,

      Plaintiff,

v.

MDRB CORPORATION
14612 Stratfield Cir.
Laurel, MD 20707,

      Defendant.

Case No.: _____

### ANSWER

Defendant MDRB Corporation ("MDRB"), by and through the undersigned counsel, answers the Complaint of Layla Waters ("Waters") as follows:

### FIRST DEFENSE

MDRB responds to the numbered paragraphs of plaintiff's Complaint as follows:

1.      Legal conclusion to which no response is required.

2.      MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

3.      Admitted that MDRB Corporation is a Maryland corporation. Otherwise, denied.

4.      Admitted that MDRB Corporation owned and operated a Ramada Inn hotel at 1600 New York Avenue, N.E., Washington, D.C. during the year 2002. Otherwise, denied.

ADDITIONAL DEFENSES

14.    Waters has failed to state a claim against MDRB upon which relief can be granted.

15.    Waters has waived and/or is estopped from asserting any purported right to pursue this claim against MDRB.

16.    MDRB reserves the right to add additional affirmative defenses as this litigation proceeds.

**WHEREFORE**, MDRB respectfully requests:

(1)    that this action be dismissed with prejudice;

(2)    that it be awarded costs and attorney's fees incurred in connection with this litigation; and

(3)    such other relief as the Court may find appropriate.

Respectfully submitted,

Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, N.W.
Suite 920
Washington, D.C.  20015
(202) 244-4668

## CERTIFICATE OF SERVICE

I hereby certify that on December ⁊, 2005, a copy of the foregoing was served by facsimile and first class mail, postage prepaid, as follows:

Richard E. Jordan, Esq.
Hamilton and Hamilton LLP
1900 M Street, N.W.
Suite 410
Washington, DC  20036

Paul A. Fitzsimmons