UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAYLA WATERS
1536 Pine Street 3R
Philadelphia, PA 19102,

    Plaintiff,

v.

MDRB CORPORATION
14612 Stratfield Cir.
Laurel, MD 20707,

    Defendant.

Case No.: _____

## ANSWER

Defendant MDRB Corporation ("MDRB"), by and through the undersigned counsel, answers the Complaint of Layla Waters ("Waters") as follows:

### FIRST DEFENSE

MDRB responds to the numbered paragraphs of plaintiff's Complaint as follows:

1. Legal conclusion to which no response is required.

2. MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

3. Admitted that MDRB Corporation is a Maryland corporation. Otherwise, denied.

4. Admitted that MDRB Corporation owned and operated a Ramada Inn hotel at 1600 New York Avenue, N.E., Washington, D.C. during the year 2002. Otherwise, denied.

5. MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

6. Denied that any vehicle in which plaintiff was a passenger "required access to the Ramada's parking garage." MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations of this paragraph and therefore denies those allegations and demands strict proof thereof.

7. MDRB lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

8. Denied.

9. Admitted that the Ramada Inn had an iron gate on part of its parking area, which gate was under the control of and maintained by MDRB. Otherwise, denied.

10. Legal conclusion to which no response is required. To the extent a response is required, denied.

11. Denied.

12. Denied.

13. Other than as specifically addressed above, MDRB denies all allegations of the Complaint.

### ADDITIONAL DEFENSES

14.     Waters has failed to state a claim against MDRB upon which relief can be granted.

15.     Waters has waived and/or is estopped from asserting any purported right to pursue this claim against MDRB.

16.     MDRB reserves the right to add additional affirmative defenses as this litigation proceeds.

**WHEREFORE**, MDRB respectfully requests:

(1)     that this action be dismissed with prejudice;

(2)     that it be awarded costs and attorney's fees incurred in connection with this litigation; and

(3)     such other relief as the Court may find appropriate.

Respectfully submitted,

*[signature]*

Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, N.W.
Suite 920
Washington, D.C. 20015
(202) 244-4668

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2005, a copy of the foregoing was served by facsimile and first class mail, postage prepaid, as follows:

>Richard E. Jordan, Esq.
>Hamilton and Hamilton LLP
>1900 M Street, N.W.
>Suite 410
>Washington, DC  20036

*/s/ Paul A. Fitzsimmons*
Paul A. Fitzsimmons