Case 1:05-cv-02344-HHK   Document 7   Filed 06/26/2006   Page 1 of 2
Received 06/22/2006 01:11PM in 00:54 on line [13] for 5083 * Pg 2/2
Jun-22-2006  01:14pm   From-WRIGHT ROBINSON           +2022445135           T-748   P.002/002   F-180

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Layla Waters, <br><br> Plaintiff, <br><br> v. <br><br> MDRB Corporation, <br><br> Defendants. | Case No. 1:05CV02344 <br> Judge: Henry H. Kennedy <br> Deck Type: Personal Injury/Malpractice |

### NOTICE OF SUBSITUTION OF COUNSEL

Please substitute William H. Robinson of the law firm of Wright, Robinson, Osthimer & Tatum, for Paul A. Fitzsimmons of the law firm of Saul Ewing, LLP. as counsel for the Defendant, MDRB Corporation.

Respectfully submitted,

William H. Robinson, Jr.
Wright, Robinson, Osthimer & Tatum
5335 Wisconsin Avenue, NW, Suite 920
Washington, D.C. 20015
202-895-7201 Tel.
202-244-5315 Fax
wrobinson@wrightrobinson.com Email

Counsel for Defendant
MDRB Corporation

Paul A. Fitzsimmons
Saul Ewing, LLP
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2006 a copy of the foregoing Notice of Substitution of Counsel was mailed, first class, postage prepaid, to:

Richard E. Jordan
Hamilton and Hamilton, LLP
1900 M Street, NW; Suite 410
Washington, D.C. 20006

Paul A. Fitzsimmons
Saul Ewing, LLP
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

_____
William H. Robinson, Jr.