# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYLA WATERS )<br><br>  Plaintiff )<br> v. )  Civil Action No. 05-2344 HHK<br>  )<br>MDRB CORPORATION )<br>  )<br>  Defendant ) | |

## SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. This case will proceed on the standard track. The parties must move to join any additional parties or move to amend the pleadings, if applicable, within 60 days of the date of this order.

2. Discovery shall close on December 15, 2006.

3. Dispositive motions must be filed within 45 days after the close of discovery. Oppositions are due within 30 days of the filing of any dispositive motion and reply briefs are due 30 days after the filing of an opposition thereto.

4. A status hearing will be held on_____ at _____ __.m.

SO ORDERED THIS _____ day of August, 2006.

_____
 Henry H. Kennedy, Jr.,
 UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record by ECF