UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAYLA WATERS,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MDRB CORPORATION,**<br><br>　　　　　**Defendant.** | Civil Action 05-02344 (HHK) |

ORDER OF REFERRAL
TO UNITED STATES MAGISTRATE JUDGE

　　It is this 11th day of August, 2006, hereby

　　**ORDERED** that the above-captioned action is referred to Magistrate Judge Deborah A. Robinson for mediation to commence no sooner than September 18, 2006 and to conclude by November 18, 2006.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge