UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAYLA WATERS ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 05-2344 HHK |
| ) | Magistrate Judge Deborah A. Robinson |
| MDRB CORPORATION ) | |
| ) | |
| Defendant ) | |

## CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE

Plaintiff Layla Waters, by and through counsel, with the consent of Defendant, respectfully requests the court to continue the October 26, 2006 (9:30 a.m.) Settlement Conference in this case, and as reasons therefor, states as follows:

1. Counsel for Plaintiff has been unable to make contact with his client for several months despite numerous attempted communications by telephone messages and letters, including certified letters. Plaintiff's last known address is in Philadelphia, Pennsylvania.

2. Recently, the Plaintiff's last known telephone number has been reported as disconnected.

3. Plaintiff's counsel has attempted to locate Plaintiff by internet searches and "skip traces" without success.

4. As of the filing of this Consent Motion, Plaintiff's counsel does not anticipate hearing from Plaintiff before the currently scheduled Settlement Conference or to be able to produce Plaintiff at that Conference.

5. Counsel for the Defendant finds it convenient to him to reschedule the Settlement Conference in light of an arduous travel schedule this week, and has authorized

Plaintiff's counsel to represent to the Court his consent to this Motion.

6. Magistrate Robinson's Chambers has provided an alternative date of November 20, 2006 at 9:30 a.m. for the Settlement Conference, which is available to both parties' counsel.

7. Counsel for Plaintiff would appreciate the extra time to attempt again to reach his client.

WHEREFORE, Plaintiff requests that the court continue the Settlement Conference of this case to November 20, 2006 at 9:30 a.m. and that the court pass such other and further relief as it deems just and proper

Respectfully submitted,

____/s/_____
Richard E. Jordan, Bar No. 353763
Hamilton and Hamilton, LLP
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036-3532
(202) 463-8282
Fax (202) 463 -8282
Counsel for Plaintiff Waters

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of October, 2006 sent a copy of the foregoing by first class mail, postage prepaid, to:

William Robinson DC Bar #457615
Wright, Robinson, Osthimer & Tatum
5335 Wisconsin Avenue, NW; Ste 920
Washington, DC 20015-2030
Counsel for Defendant

_____
Richard E. Jordan