UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAYLA WATERS | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 05-2344 HHK |
| | ) | Magistrate Judge Deborah A. Robinson |
| MDRB CORPORATION | ) | |
| | ) | |
| Defendant | ) | |

## CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE

Plaintiff Layla Waters, by and through counsel, with the consent of Defendant, respectfully requests the court to continue the November 20, 2006 (9:30 a.m.) Settlement Conference in this case, and as reasons therefor, states as follows:

1. Counsel for Plaintiff has still been unable to make contact with his client for several months despite numerous attempted communications by telephone messages and letters, including certified letters. Plaintiff's last known address is in Philadelphia, Pennsylvania. Plaintiff's last known telephone number has been reported as disconnected.

2. Through extensive efforts to locate plaintiff, the undersigned made contact on November 15, 2006 with a friend of plaintiff who has not been in recent contact with her, but who believes she can obtain current information about the plaintiff's whereabouts through other mutual friends.

3. As of the filing of this Consent Motion, Plaintiff's counsel has not yet made contact with plaintiff and does not anticipate being able to do so before the currently scheduled Settlement Conference.

4. Counsel for the Defendant has authorized the undersigned to represent to the

court that he consents to a postponement of the Settlement Conference.

5. Magistrate Robinson's Chambers has provided an alternative date of December 4, 2006 at 3:00 p.m. for the Settlement Conference, which is available to both parties' counsel.

6. Counsel for Plaintiff would appreciate the extra time to attempt again to reach his client.

WHEREFORE, Plaintiff requests that the court continue the Settlement Conference of this case to December 4, 2006 at 3:00 p.m. and that the court pass such other and further relief as it deems just and proper

> Respectfully submitted,
>
> ____/s/_____
> Richard E. Jordan, Bar No. 353763
> Hamilton and Hamilton, LLP
> 1900 M Street, N.W.
> Suite 410
> Washington, D.C. 20036-3532
> (202) 463-8282
> Fax (202) 463 -8282
> Counsel for Plaintiff Waters

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of November, 2006 sent a copy of the foregoing by first class mail, postage prepaid, to:

> William Robinson DC Bar #457615
> Wright, Robinson, Osthimer & Tatum
> 5335 Wisconsin Avenue, NW; Ste 920
> Washington, DC 20015-2030
> Counsel for Defendant
>
> _____
> Richard E. Jordan