PRAECIPE
FILED

DEC 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## for the District of Columbia

the __4th__ day of __December__ 19__2006__

Layla Waters
vs.
MORB Corp.

Civil / Criminal
Action No. 05-2344 HHK

The Clerk of said Court will _note that the parties have settled all claims and request dismissal with prejudice_

Date: 12/4/06

Signature: L. Waters

BAR IDENTIFICATION NO. 353763

Richard E. Jordan
Attorney for Plaintiff

William H. Robinson Jr.
Attorney for defendant

Print Name: Laylah Waters
c/o Richard E. Jordan

Address: 1900 M St, NW #410

City: Washington  State: DC  Zip Code: 20036

Phone Number: 202-463-8282

CERTIFICATE OF SERVICE